467 A.2d 55

Commonwealth v. McFarland, Appellant.

Submitted June 21, 1983. Leonard S. Wissow, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence affirmed.